PROB 12C (02/17)

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

### Petition for Warrant or Summons for Person Under Supervision

Person Under Supervision: Yorlenys Betzabeth Zambrano-Contreras    Case Number: 3:26CR00015-1 SB

USM Number: Pending

Name of Sentencing Judicial Officer: The Honorable Stacie F. Beckerman
U.S. Magistrate Judge

Date of Original Sentence: January 22, 2026

Original Offense: Improper Entry by Alien

Original Sentence: 1 year probation

Type of Supervision: Probation    Date Supervision Commenced: January 22, 2026
Expiration Date: January 21, 2027

---

### PETITIONING THE COURT

[X]    To issue a warrant

The probation officer believes that the person under supervision has violated the following condition of supervision:

### Violation Number #1

Special Condition #3: You must participate in a location monitoring program for a period of 365 days. During this period, you are subject to a curfew and your movement in the community is restricted as follows: You are restricted to your residence every day, from the hours of 7:00 p.m. to 9:00 p.m.. These hours may be adjusted to conform to an employment schedule at the discretion of the probation officer. Unless otherwise specified by the Court, your participation in the location monitoring program will be monitored using technology approved by the probation officer, which may include radio frequency (RF) monitoring, GPS monitoring, or voice recognition. You must abide by all technology requirements. You must follow the program rules and pay all or part of the costs of participation in the location monitoring program as directed by the Court or the probation officer.

PROB 12C (02/17)
Yorlenys Betzabeth Zambrano-Contreras
3:26CR00015-1 SB

## Nature of Noncompliance

Zambrano Contreras failed to follow her curfew on the following dates: February 14, 2026, February 17, 2026, March 29, 2026, March 31, 2026, April 1, 2026, April 2, 2026, April 5, 2026, April 8, 2026, April 14, 2026, April 18, 2026, April 20, 2026, April 21, 2026, April 22, 2026, April 25, 2026, May 1, 2026, May 2, 2026, and May 3, 2026.

On April 14, 2026, in an attempt to lessen the curfew violations, the Court approved a modification to extend her curfew to 9:00 p.m. Zambrano-Contreras continued to return home late or leave in the middle of the night despite being told she could not leave her residence outside of her Court-ordered curfew hours.

## U.S. Probation Officer Recommendation:

Zambrano-Contreras has limited Court-ordered conditions. She has extensive non-compliance with her location monitoring curfew, despite multiple intervention attempts by probation. Based on the above allegations, probable cause has been established that a violation of probation has been committed. It is recommended the Court order the issuance of a Warrant and Order to Show cause why defendant's term of probation should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 05, 2026

Respectfully submitted,                          Approved,

by _____        by _____
Alexis Mesko                                              Dan Painter
Senior U.S. Probation Officer                   Supervisory U.S. Probation Officer
Date:  May 05, 2026                                  Date:  May 05, 2026

2

PROB 12C (02/17)
Yorlenys Betzabeth Zambrano-Contreras
3:26CR00015-1 SB

## THE COURT ORDERS:

☐    No Action
☑    The Issuance of a Warrant
☐    The Issuance of a Summons:

| | |
|---|---|
| Appearance Date: | |
| Appearance Time: | |
| Courthouse: | |
| Courtroom Number: | |

☐    Telephonic Status Conference
☐    Other

_____
Signature of Judicial Officer

5/5/2026
_____
Date

3