AO 442 (Rev. 10/17 PDX) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF Oregon

| | |
|---|---|
| United States of America<br>v. | ) |
| | ) Case No.    3:26CR00015-1 SB |
| | ) |
| | ) |
| | ) |
| Yorlenys Betzabeth Zambrano-Contreras | ) |
| *Defendant* | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Yorlenys Betzabeth Zambrano-Contreras                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☒ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:  *See attached "Petition for Warrant"*

Date:  _May 5, 2026_

_____
*Issuing officer's signature*

City and state:  _Portland, OR_    _Marie F. Beckerman, U.S. Magistrate Judge_
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ <br> at *(city and state)* _____. <br><br><br> Date: _____        _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |